# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BRITTANY HAILEY, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 3:06-00202 |
| | ) JUDGE KNOWLES |
| BRYAN D. FARMER, | ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the Memorandum Opinion filed contemporaneously herewith, following the Court's granting Plaintiff's Motion for a Default and a hearing on the issue of damages, it is ORDERED that Plaintiff, Brittany Hailey, shall have and recover the sum of $35,000 in compensatory damages and $15,000 in punitive damages, against Defendant David Farmer.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58. The Clerk is directed to close this file.

IT IS SO ORDERED.

E. Clifton Knowles
United States Magistrate Judge